# DBS LAW LLC
### Darren Brayer Schwiebert, Esq.

August 7, 2017

Michael E. Gans
Clerk of Court
Eighth Circuit Court of Appeals
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re:  Docket No. 16-4356; *Paul Hill v. Accounts Receivable Services, LLC*

Dear Mr. Gans,

This letter is sent pursuant to Fed. R. App. P. 28(j). Appellant submits the following supplemental authority for consideration by the Court:

1. *Poehler v. Cincinnati Ins. Co.*, 2017 Minn. LEXIS 423, *8 (Minn. July 19, 2017) (holding that Minn. Stat. § 549.09 unambiguously applies to "all awards of pecuniary damages that are not specifically excluded by the statute, and does not restrict the recovery of preaward interest to cases or matters involving wrongdoing or a breach of contract").

2. *Housing & Redevelopment Auth. Of Redwood Falls v. Housing Auth. Prop. Ins.*, Docket No. 15-4399 (8th Cir. July 28, 2017) (applying *Poehler* to reverse a district court's finding that § 549.09 did not apply to an insurance appraisal award).

These cases relate to the issue of Minn. Stat. § 549.09 as the applicable interest statute, as discussed on pages 37-43 of Appellant's Principal Brief, and on pages 30-34 of Appellant's Reply Brief.

Respectfully,

*s/Darren Brayer Schwiebert*
Darren Brayer Schwiebert
Attorney